IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. .21-sw-4-MEH

IN THE MATTER OF THE SEIZURE OF CRYPTOCURRENCY
_____

**UNITED STATES' MOTION TO RESTRICT**
_____

COMES NOW the United States of America, by and through Tonya S. Andrews, Assistant United States Attorney, and respectfully moves the Court for an Order restricting the Application for Seizure Warrant, and Affidavit for Seizure Warrant, in the above-named matter, as well as this Motion. As grounds therefore, the United States submits the following:

1. Said Application for Seizure Warrant, Affidavit for Seizure Warrant, Attachment, and this Motion have been filed as a part of a continuing investigation.

2. The release of the information in the application and affidavit in this matter may substantially jeopardize the ongoing investigation based on concerns of destruction of evidence, flight from prosecution, danger to investigators, and other obstructive conduct.

3. The related Seizure Warrant and Attachment A do not need to be restricted as they do not reveal sensitive information about the ongoing investigation and must be served upon third-party custodians to effectuate the seizure.

WHEREFORE, it is respectfully requested that the Application for Seizure Warrant, Affidavit for Seizure Warrant, and Order in this matter, as well as this Motion, be restricted against everyone except attorneys and employees of the Office of the U.S. Attorney,

1

District of Colorado, and members of law enforcement, under a Level 2 restriction, until further order of the Court.

DATED this 4th day of January 2021.

                                    Respectfully submitted,

                                    JASON R. DUNN
                                  United States Attorney

                      By: *s/ Tonya S. Andrews*
                          Tonya S. Andrews
                          Assistant United States Attorney
                          United States Attorney's Office
                          1801 California Street, Suite 1600
                          Denver, Colorado 80202
                          Telephone: 303-454-0100
                          Fax: 303-454-0405
                          Email: tonya.andrews@usdoj.gov