IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. .21-sw-4-MEH

IN THE MATTER OF SEIZURE OF CRYPTOCURRENCY

_____

**ORDER TO RESTRICT CASE**
_____

THIS MATTER comes before the Court on the United States' Motion to Restrict Case, and the Court being fully apprised, ORDERS that the Motion is GRANTED and the Application for Seizure Warrant, Affidavit for Seizure Warrant, and said Motion to Restrict and this Order are restricted, under Level 2, except to the employees of the United States Attorney's Office and members of law enforcement, until further order of the Court.

SO ORDERED this __4th__ day of _____January_____, 2021.

BY THE COURT:

_____
Michael E. Hegarty
United States Magistrate Judge