IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 21-sw-00004-MEH

IN THE MATTER OF THE SEIZURE OF VARIOUS CRYPTOCURRENCY

_____

**UNITED STATES' MOTION TO MODIFY RESTRICTION OF ECF DOCUMENT 5**
_____

The United States of America, by and through Tonya S. Andrews, Assistant United States Attorney, respectfully moves the Court for an Order modifying the restriction of a document in this case. Specifically, undersigned counsel requests the court to unrestrict ECF Document 5 in 21-sw-00004-MEH. As grounds therefore, the United States submits the following:

1. By order of the Court dated November 17, 2020, the entire case and all documents filed in the above-named matter were restricted at Level 2 Restriction "until further order of the Court."

2. At this time, the Government wishes to unrestrict only ECF Doc. 5, the seizure warrant return, such that interested parties, who are asserting an interest and ownership to the seized property may view the seizure warrant return.

3. The United States asks to modify only the restriction level of ECF Doc. 5 rather than unrestrict the case entirely because the investigation is ongoing and the affidavit includes information the government is not yet inclined to release to the public. The entire case is currently restricted at Level 2, limiting access to the United States and the Court.

4. To facilitate the accounting of seized property for interested parties, but

1

continue to protect law enforcement interests in restricting these documents, the Government asks the Court to unrestrict ECF Doc. 5 in this case, effectively modifying the restriction to Level 1 under D.C.COLO.LCrR 47.1(b).

WHEREFORE, the Government respectfully moves to modify the restriction of ECF Doc. 5 in this case to allow interested parties to identify with particularity the assets seized by the Government in relation to this case.

DATED this 5th day of May 2021.

        Respectfully submitted,

        MATTHEW T. KIRSCH
        Acting United States Attorney

By: s/ *Tonya S. Andrews*
     Tonya S. Andrews
     Assistant U.S. Attorney
     U.S. Attorney's Office
     1801 California Street, Ste. 1600
     Denver, Colorado 80202
     Telephone: (303) 454-0100
     E-mail: tonya.andrews@usdoj.gov
     *Attorney for the United States*