IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 21-sw-00004-MEH

IN THE MATTER OF SEIZURE OF VARIOUS CRYPTOCURRENCY
_____

**ORDER TO MODIFY RESTRICTION OF ECF DOCUMENT 5**
_____

This matter comes before the Court on the Government's Motion to Modify Restriction of ECF Document 5. Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same.

Accordingly, it is hereby ORDERED that the Motion to Modify Restriction of ECF Document 5 [filed May 5, 2021; ECF 7] is **GRANTED**.

IT IS FURTHER ORDERED that ECF Document 5, currently subject to Restriction Level 2 pursuant to this Court's November 17, 2020 Order, is **modified** under D.C.COLO.LCrR 47.1(b) to Restriction Level 1.

IT IS FURTHER ORDERED that the Government shall undertake the disclosure of this document as appropriate, thus obviating the need to change restriction settings in the CM/ECF system.

Entered this 5th day of May, 2021, at Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge