IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  21-sw-00004-MEH

IN THE MATTER OF THE SEIZURE OF VARIOUS CRYPTOCURRENCY
_____

**UNITED STATES' MOTION TO UNRESTRICT CASE**
_____

COMES NOW the United States of America, by and through Tonya S. Andrews, Assistant United States Attorney, and respectfully moves the Court for an Order unrestricting the above-named matter.  As grounds therefore, the United States submits the documents in this case no longer need to be sealed.

WHEREFORE, it is respectfully requested that this case be unrestricted.

DATED this 13th day of July 2021.

    Respectfully submitted,

    MATTHEW T. KIRSCH
    Acting United States Attorney

By: s/ *Tonya S. Andrews*
    Tonya S. Andrews
    Assistant U.S. Attorney
    U.S. Attorney's Office
    1801 California Street, Ste. 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: tonya.andrews@usdoj.gov
    *Attorney for the United States*