IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  21-sw-00004-MEH

IN THE MATTER OF SEIZURE OF VARIOUS CRYPTOCURRENCY
_____

**ORDER TO UNRESTRICT CASE**
_____

THIS MATTER comes before the Court on the United States' Motion to Unrestrict Case, and the Court being fully apprised, ORDERS that the Motion is GRANTED and this case is unrestricted.

SO ORDERED this _____ day of _____, 2021.

BY THE COURT:

_____
The Honorable Michael E. Hegarty
United States Magistrate Judge