IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  21-sw-00004-MEH

IN THE MATTER OF SEIZURE OF VARIOUS CRYPTOCURRENCY

_____

**ORDER TO UNRESTRICT CASE**
_____

THIS MATTER comes before the Court on the United States' Motion to Unrestrict Case [filed July 13, 2021; ECF 9], and the Court being fully apprised, ORDERS that the Motion is **GRANTED** and this case is unrestricted.

SO ORDERED this 13th day of July, 2021, at Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge